# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: JOHNNIE G. ANDERSON § Case No. 13-82391
       DANA L. ANDERSON § 
        §
        §
       Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/03/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/02/2013.

5) The case was dismissed on 10/25/2013.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,875.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 0.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 0.00 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Sec | 300.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 1,684.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIVERSAL ACCEPTANCE | Sec | 9,391.00 | 9,487.84 | 9,391.00 | 0.00 | 0.00 |
| UNIVERSAL ACCEPTANCE | Uns | 0.00 | 0.00 | 96.84 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Sec | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 976.00 | 1,386.00 | 1,386.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Sec | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 94.00 | 144.92 | 144.92 | 0.00 | 0.00 |
| LORRIE CASTELLI | Pri | 2,100.00 | NA | NA | 0.00 | 0.00 |
| ALFANO S PIZZERIA ITALIAN RE | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 221.00 | NA | NA | 0.00 | 0.00 |
| BIG ERNS AUTO SALES | Uns | 3,200.00 | NA | NA | 0.00 | 0.00 |
| BYRON MOBIL | Uns | 69.00 | NA | NA | 0.00 | 0.00 |
| CASEY S BYRON IL CR | Uns | 104.00 | NA | NA | 0.00 | 0.00 |
| CASEY S BYRON IL CR | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CASEY S BYRON IL CR | Uns | 107.00 | NA | NA | 0.00 | 0.00 |
| CASEY S BYRON IL CR | Uns | 116.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CASEY S HILLCREST IL CR | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| CASEY S OREGON IL CR | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| CASEY S OREGON IL CR | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| CASEY S OREGON IL CR | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| CASEY S OREGON IL CR | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| CASEY S OREGON IL CR | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| CASEY S OREGON IL CR | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| CASEY S OREGON IL CR | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| CASEY S STILLMAN VALLEY IL CR | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| CASEY S STILLMAN VALLEY IL CR | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| CASEY S STILLMAN VALLEY IL CR | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| CHECKS USA F | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OREGON | Uns | 890.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OREGON WATER DEPT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 362.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 383.00 | NA | NA | 0.00 | 0.00 |
| COMED 26499 | Uns | 689.00 | NA | NA | 0.00 | 0.00 |
| COMED 26499 | Uns | 5,982.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 103.00 | 576.35 | 576.35 | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 385.00 | NA | NA | 0.00 | 0.00 |
| CSY ROCHELLE IL CR P#-10 | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY CIRCUIT CLERK | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| DISH | Uns | 409.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 515.00 | NA | NA | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 2,281.00 | 3,852.77 | 3,852.77 | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 341.00 | NA | NA | 0.00 | 0.00 |
| GERMAN AMERICAN STATE | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN | Uns | 689.00 | NA | NA | 0.00 | 0.00 |
| JAMES LANCE | Uns | 9,000.00 | NA | NA | 0.00 | 0.00 |
| KSB HOSPITAL | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST JUDGEMENT RECOVERY | Uns | 6,222.00 | NA | NA | 0.00 | 0.00 |
| RAXOR REPLAY INC | Uns | 150.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RAZOR REPLAY INC | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 216.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 2,383.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 286.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 928.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 234.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| UW MED FOUNDATION dba US | Uns | 260.00 | 260.75 | 260.75 | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 1,216.00 | 1,221.33 | 1,221.33 | 0.00 | 0.00 |
| SULLIVAN S FOODS | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN S FOODS | Uns | 192.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN S FOODS | Uns | 129.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN S FOODS | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN S FOODS | Uns | 176.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN S FOODS | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN S FOODS | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN S FOODS | Uns | 168.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Uns | 1,250.00 | NA | NA | 0.00 | 0.00 |
| TERRY ENGELKES | Uns | 25,243.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 139.00 | 138.90 | 138.90 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 338.00 | 337.81 | 337.81 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 444.00 | 444.00 | 444.00 | 0.00 | 0.00 |
| US CELLULAR | Uns | 455.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 298.00 | 456.49 | 456.49 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 0.00 | 1,687.60 | 1,687.60 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 0.00 | 290.00 | 290.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC asignee | Uns | 0.00 | 896.10 | 896.10 | 0.00 | 0.00 |
| AFNI INC | Uns | 0.00 | 298.10 | 298.10 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 9,391.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 300.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 9,691.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 12,787.96 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 11/21/2013      By: /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)